1 | LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 | LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
3 | CHICO, CA 95926
Telephone:   (530) 895-3252
4 | Fax:   (530) 894-8244

5 | Attorneys for Plaintiff

6 | ALDEN J. PARKER, SBN 196808
JACKSON LEWIS LLP
7 | 1215 K Street, Suite 1800
Sacramento, CA 95814
8 | Telephone: (916) 341-0404
Facsimile: (916) 341-0141

9 |

10 | Attorneys for Defendant
RADIOSHACK CORPORATION

11 | SHAWNA M. KASHACK, SBN 224989
ROBINSON, DILANDO, & WHITAKER
12 | 7801 Folsom Blvd., Suite 325
Sacramento, CA 95826
13 | Telephone: (916) 386-0743
Facsimile: (916) 386-0687

14 |

15 | Attorneys for Defendant
ROBERT R. GALLAWAY

16 |

17 |                    UNITED STATES DISTRICT COURT

18 |                    EASTERN DISTRICT OF CALIFORNIA

19 | JERRY DORAN,                         Case No. CIV. S 04-1757 FCD CMK

20 |       Plaintiff,

21 | v.                                   **REQUEST FOR DISMISSAL AND
                                          ORDER THEREON**
22 | RADIOSHACK CORPORATION dba
RADIOSHACK; ROBERT R. GALLAWAY;
23 | and DOES 1 through 10,

24 |

25 |       Defendants.
                                        /
26 |

27 |

28 |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Jerry Doran, and defendant, RadioShack Corporation dba RadioShack and Robert R. Gallaway, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: June 17, 2005                    LAW OFFICES OF LYNN HUBBARD, III


   /s/ Scott Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: June 17, 2005                    JACKSON LEWIS LLP


*Signature on File*
ALDEN J. PARKER
Attorneys for Defendant RADIOSHACK CORPORATION dba RADIOSHACK

Dated: June 17, 2005                    ROBINSON, DILANDO, & WHITAKER


*Signature on File*
SHAWNA M. KASHACK
Attorneys for Defendant ROBERT R. GALLAWAY

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1757 FCD CMK, is hereby dismissed with prejudice.

Dated: June 23, 2005                    /s/ Frank C. Damrell Jr.
United States District Court Judge